**United States District Court**
For the Northern District of California

*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANTHONY ROBERTS, | No. C 08-4771 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| LT. PAULSON, et al., | |
| Defendants. | |
| _____/ | (Docket No. 12) |

Defendants have requested an extension of time in which to file their dispositive motion. Having read and considered defendants' request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendants' request for an extension of time is GRANTED. The time in which defendants may file their dispositive motion will be extended up to and including July 8, 2009. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This Order terminates Docket no. 12.

IT IS SO ORDERED.

Dated: 4/14/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Enlargement of Time to File Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.08\Paulson771.EOT-DispMtn.wpd