*E-FILED - 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY ANTHONY ROBERTS, | ) | No. C 08-4771 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF |
| vs. | ) ) | |
| LT. PAULSON, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 15) |

Plaintiff, a California prisoner proceeding *pro se*, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Federal Rule of Civil Procedure 30, defendants have filed a motion for leave to depose plaintiff. Good cause appearing, defendants' motion is GRANTED. This deposition and future discovery may be taken by either party in accordance with the Federal Rules of Civil Procedure without further court order under Federal Rules of Civil Procedure and Civil Local Rules.

This order terminates docket number 15.

IT IS SO ORDERED.

DATED: __6/16/09_____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Leave to Depose Plaintiff
P:\PRO-SE\SJ.Rmw\CR.08\Roberts771depo.wpd          1