***E-FILED - 7/14/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANTHONY ROBERTS,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. PAULSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-04771 RMW (PR)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br><br><br>(Docket No. 17) |

    Defendants have requested a second extension of time in which to file their motion for summary judgment. Having read and considered defendants' request and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that defendants' request for a second extension of time is GRANTED. The time in which defendants may file their motion for summary judgment will be extended up to and including **September 24, 2009. Defendants are warned that no further extensions of time will be granted.** Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

Order Granting Defendants' Second Motion For Extension of Time to file Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Roberts771.2dEOT-MSJ.wpd

1   This Order terminates Docket no. 17.

2   IT IS SO ORDERED.

3   Dated: 7/14/09



RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Defendants' Second Motion for Extension of Time to file Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Roberts771.2dEOT-MSJ.wpd    2