*E-FILED - 3/25/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANTHONY ROBERTS, | No. C 08-4771 RMW (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR WAIVER OF FEES |
| v. | |
| LT. PAULSON, et al., | |
| Defendants. | (Docket No. 56) |

    Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. Before the court is plaintiff's motion for waiver of fees and an attached bill from Tooker & Antz in the amount of $150.50 for a copy of transcripts that were taken at a deposition on January 5, 2010.

    Plaintiff's request for the Court to provide payment of these fees is DENIED.

    This order terminates docket no. 56.

    IT IS SO ORDERED.

DATED: 3/24/10

RONALD M. WHYTE
United States District Judge

Order Denying Plaintiff's Motion for Waiver of Fees
P:\PRO-SE\SJ.Rmw\CR.08\Roberts771.DenyFees.frm