UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TROY ANTHONY ROBERTS, | 5:08-CV-04771-RMW NJV |
| Plaintiff, | ORDER RESCHEDULING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| LIEUTENANT PAULSON, *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference previously scheduled for April 22, 2011, at 2:00 p.m., at the United States District Court in San Francisco, is hereby rescheduled for 10:00 a.m. on the same date at the same location.

IT IS SO ORDERED.

Dated: April 15, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TROY ANTHONY ROBERTS, | 5:08-CV-04771-RMW NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LIEUTENANT PAULSON, *et al.*, | |
| Defendants. | |

I, the undersigned, hereby certify that on April 15, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Troy Anthony Roberts
V-32878
Tallahatchie Correctional Facility
415 US Highway 49 North
Tutwiler, MS 38963

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas