*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY ANTHONY ROBERTS,  )  No. C 08-4771 RMW (PR)
)
    Plaintiff,  )  ORDER DISMISSING ACTION
)
  vs.  )
)
LIEUTENANT PAULSON, et al.,  )
)
    Defendants.  )
)
_____ )

    This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On April 22, 2011, the parties appeared before Magistrate Judge Vadas for a settlement conference. The court has been notified by Magistrate Judge Vadas that the case has completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED:  7/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Dismissing Action
P:\PRO-SE\SJ.Rmw\CR.08\Roberts771settled.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TROY ANTHONY ROBERTS,

        Plaintiff,

  v.

LT PAULSON et al,

        Defendant.

Case Number: CV08-04771 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Anthony Roberts V-32878
Tallahatchie Correctional Facility
415 US Highway 49 North
Tutwiler, MS 38963

Dated: July 29, 2011

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk